**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISON**

Case No.: 8:21-cv-1771-TPB-SPF

BRYTON ENNIS,

    Plaintiff,

v.

WAKEFIELD AND ASSOCIATES, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SCHEDULING MEDIATION

Plaintiff Bryton Ennis and Defendant Wakefield and Associates, Inc. (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the date and time of mediation. Mediation will be conducted via Zoom and/or other remote means at 9:00 A.M. on November 5, 2021, with Gregory P. Holder.

DATED:     September 14, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ John Michael Marees |
| **JIBRAEL S. HINDI, ESQ.** | **JOHN MICHAEL MAREES, II, Esq.** |
| Florida Bar No.: 118259 | Florida Bar No.: 69879 |
| E-mail:jibrael@jibraellaw.com | Messer Strickler, Ltd. |
| **THOMAS J. PATTI, ESQ.** | 12276 San Jose Blvd Ste 718 |
| Florida Bar No.: 118377 | Jacksonville, FL 32223-8674 |
| E-mail:tom@jibraellaw.com | Phone: 904-527-1172 |
| The Law Offices of Jibrael S. Hindi | Email: jmarees@messerstrickler.com |
| 110 SE 6th Street, Suite 1744 | |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |